Argued and submitted February 28, conviction affirmed; sentence vacated; remanded for resentencing May 20, reconsideration allowed by opinion November 12, 1992
See 116 Or App 392 (1992)

STATE OF OREGON,
*Respondent,*

*v.*

SAMUEL WILSON,
*Appellant.*

(90C-21178; CA A70381)

832 P2d 459

David K. Allen, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Conviction affirmed; sentence vacated; remanded for resentencing. *State v. Haydon*, 113 Or App 205, 832 P2d 457 (1992).